**Order entered August 31, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00746-CV**

**KENNETH GORDON AND HARDCORE TRUCKING SOLUTIONS LLC,**
**Appellants**

**V.**

**TRUCKING RESOURCES INC., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02385-2019**

**ORDER**
Before Justices Myers, Pedersen, III, and Garcia

We **REQUEST** that appellee Trucking Resources Inc. file a response to Appellants' Motion to Reverse Trial Court Order That Increases Supersedeas Bond.

We **ORDER** that any such response must be filed no later than **September 9, 2022**.

/s/    DENNISE GARCIA
PRESIDING JUSTICE